IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL McCAUGHREAN, | No. C-06-1558 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants / | |

    Before the Court is plaintiff's Case Management Conference Statement, filed May 22, 2006, by which plaintiff seeks to continue the June 2, 2006 case management conference in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary because she anticipates the instant action will be transferred for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>, and because she has not yet served all defendants.  Because the instant action was filed February 28, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

    The Court further notes that a motion to dismiss for lack of subject matter jurisdiction, filed by defendants Astrazeneca Pharmaceuticals, L.P., and Astrazeneca, L.P., is set for hearing on June 23, 2006.

Accordingly, for good cause shown, the June 2, 2006 case management conference is hereby VACATED, and will be reset, if necessary, after resolution of the motion to dismiss.

The deadline to serve the remaining defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: May 24, 2006

MAXINE M. CHESNEY
United States District Judge

2